IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,                        CV F 06 0410 OWW WMW   P

   vs.                                       ORDER RE MOTION (DOC 7 )

C/O KNIGHT, et al.,

        Defendants.

       Plaintiff has requested an extension of time in which to file objections to the findings and recommendations entered on October 17, 2006. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:   January 4, 2007**            /s/  William M. Wunderlich
mmkd34                                           UNITED STATES MAGISTRATE JUDGE