IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

    Plaintiff,                                CV F 06 0410 OWW WMW   P

  vs.                                       ORDER RE MOTION (DOC 10 )

C/O KNIGHT, et al.,

    Defendants.

        Plaintiff has filed a motion for extension of time in which to comply with court deadlines, including the filing of objections to the findings and recommendations.  On October 17, 2006, findings and recommendations were entered, recommending denial of Plaintiff's application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g). On January 4, 2007, Plaintiff was granted a thirty day period within which to file objections.  Plaintiff failed to file objections and on February 12, 2007, an order was entered, adopting the findings and recommendations and directing Plaintiff to pay the $350 filing fee in full. On February 16, 2007, Plaintiff filed this motion for an extension of time.

        Plaintiff failed to file timely objections.  Plaintiff was granted a sufficient period of time in which to file objections.  Plaintiff has been denied leave to proceed in forma pauperis. Plaintiff will, however, be granted an extension of time in which to pay the filing fee as directed by the February 12, 2007, order.  Accordingly, IT IS HEREBY ORDERED that Plaintiff is

1

granted an extension of time of thirty days from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:     February 26, 2007**                          **/s/  William M. Wunderlich**
j14hj0                                                         UNITED STATES MAGISTRATE JUDGE